UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JOHN PURCELL,

    Plaintiff,

    -against-

NEW YORK INSTITUTE OF TECHNOLOGY-
COLLEGE OF OSTEOPATHIC MEDICINE,

    Defendant,
----------------------------------------------------------X

**INITIAL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**
Docket No.: 16-CV-3555(JMA)(AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

**I.    DEADLINES AND COURT APPEARANCES**

| | |
|---|---|
| Deadline for completion of initial disclosures required by Rule 26(a): | October 1, 2019 |
| First request for production of documents and first request for interrogatories due by: | November 5, 2019 |
| Responses to first request for production of documents and first set of interrogatories due by: | December 20, 2019 |
| Deadline for joinder of additional parties and amendment of pleadings: | January 2, 2020 |
| <u>Status Conference</u>: | February 19, 2020 at 11:30 am |

**II.    CHECKLIST TO BE COMPLETED BY THE PARTIES AND RETURNED WITH THE RULE 26(f) DISCOVERY PLAN:**

A. <u>Initial Disclosures</u>: Counsel confirm that the Initial Disclosures have been served:

Plaintiff:                          Defendant:

Yes                               No, but they will be served by the October 1, 2019 deadline

    B.    <u>Stipulation and Order of Confidentiality</u>: Counsel confirm that they have consulted in good faith regarding the need for such an order:

    Yes

Based on that consultation, counsel find that a Stipulation and Order of Confidentiality is:

    Needed

C. <u>Electronically Stored Information ("ESI"):</u> Counsel confirm that they have met and conferred regarding the existence of any relevant ESI on both sides:

    Yes

The parties have had some preliminary discussion about the type of ESI which is in their clients' respective possession or control and how they wish to have such ESI produced:

    Yes.

Based on those discussions, counsel are advising the Court that the relevant ESI consists of:

1. Relevant e-mails
2. Relevant records concerning Plaintiff's tenure as a student at NYITCOM
3. Relevant NYIT and NYITCOM policies

D. HIPAA Release Authorizations: Counsel confirm that such authorizations for this case are:

    Needed

                                            **SO ORDERED:**

Dated: Central Islip, New York

                                            _____
                                            A. KATHLEEN TOMLINSON
                                            United States Magistrate Judge