UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE CASES RE-ASSIGNED TO
JUDGE GARY R. BROWN,

ORDER

------------------------------------------------------------X

      Among the cases re-assigned to Judge Brown are cases where discovery schedules and/or conference dates have already been set by the District Judge. The parties are advised that, absent a specific order to the contrary, all previously established discovery deadlines remain in effect. Discovery is respectfully referred to the Magistrate Judge assigned to this case. Any conference scheduled to be held before the previously assigned District Judge is cancelled.

Dated: Central Islip, New York
      February 4, 2020

SO ORDERED

/s/Gary R. Brown
GARY R. BROWN
United States District Judge