| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

| BEFORE: | A. KATHLEEN TOMLINSON | DATE: | 3-24-2020 |
| | U.S. MAGISTRATE JUDGE | TIME: | 10:03 a.m. (11 minutes) |

# *Purcell v. New York Institute of Technology-College of Osteopathic Medicine*
# CV 16-3555 (JMA) (AKT)

TYPE OF CONFERENCE: **TELEPHONE STATUS CONFERENCE**

APPEARANCES:    Plaintiff:    Stewart Karlin

Defendants:    Stephen Paul Pischl

FTR (through teleconference line):    10:03-10:14

SCHEDULING:

The next Telephone Status Conference will be held on May 13, 2020 at 11:00 a.m. using the Court's teleconference number 866-590-5055, access code: 9720458.

THE FOLLOWING RULINGS WERE MADE:

1. Today's conference was previously scheduled to follow up on the directives given to counsel at the last Status Conference and to address the parties' request for an extension of the discovery deadline. After hearing from counsel, the Court addressed certain topics and issued the following rulings.

2. All Rule 26(a) Initial Disclosures have been served.

3. Counsel served their respective discovery demands in accordance with the Court's October 1, 2019 directives. Both sides have responded to the demands, the defendant has had an ongoing complication with respect to ESI. NYIT found it necessary to retain a vendor to assist with the production of ESI and had to proceed through a regulated process to select from a panel of approved vendors. After further discussion, defendant's counsel advised that the ESI production will take place sometime in the next 45 days. Both sides will meet and confer with respect to the protective order issue discussed today. Defendant's counsel will then promptly notify the Court as to the outcome of that discussion. If motion practice becomes necessary, the Court will then implement a schedule.

4. Counsel will report back to the Court at the May 13 telephone conference. At that time, the Court will set a further discovery schedule in consultation with counsel.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge