# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

May 29, 2020

**VIA ECF**
Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: *John Purcell v. New York Institute of Technology-College of Osteopathic Medicine*, 16-CV-3555 (JMA)(AKT)

Dear Judge Tomlinson:

  This firm represents Defendant New York Institute of Technology ("NYIT"), improperly named herein as New York Institute of Technology – College of Osteopathic Medicine, in the above-referenced action. I write on behalf of the parties to respectfully request that Your Honor issue the enclosed proposed Confidentiality Order that has been executed by counsel for the parties in accordance with Your Honor's May 26, 2020 Order.

  Thank you for Your Honor's consideration of the parties' request.

            Respectfully Submitted,

            CLIFTON BUDD & DeMARIA, LLP
            *Attorneys for NYIT*

        By: */s/ Stefanie Toren*
            Douglas P. Catalano
            Stefanie R. Toren
            Stephen P. Pischl

Enc.

cc: Stewart L. Karlin, Esq.