# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

August 19, 2020

**VIA ECF**

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Brooklyn, New York 11201

    Re: *John Purcell v. New York Institute of Technology-College of Osteopathic Medicine*
       Case No. 2:16-cv-03555 (GRB)(AKT)

Dear Magistrate Tomlinson:

  This firm represents defendant New York Institute of Technology ("NYIT") in the above-referenced action.

  On June 16, 2020, this firm served written requests for the production of medical records, as well as fully-executed authorizations for the release of health information pursuant to HIPAA supplied by Plaintiff, to the three medical providers identified by Plaintiff. We requested that these providers respond by delivering the requested records to our offices no later than Thursday, July 2. As of this writing, more than 45 days have passed since July 2. The following two providers have not supplied the requested records, despite repeated follow-up attempts:

- Dr. Eugene Khotimsky
  2951 Ocean Avenue
  Brooklyn, NY 11235

- Dr. Sergei Belkin
  15 Glen St, Ste 304
  Glen Cove, NY 11542

  Pursuant to Your Honor's Order, entered June 15, 2020, we respectfully request an Order to serve on these identified medical providers so that we can obtain the requested records as soon as possible.

Thank you for Your Honor's consideration of NYIT's request.

    Respectfully Submitted,

    CLIFTON BUDD & DEMARIA, LLP
    *Attorneys for Defendant*

By:    Douglas P. Catalano
    Stefanie R. Toren
    Stephen P. Pischl

cc: **VIA ECF**
The Law Offices of Stewart Lee Karlin, P.C.
*Attorneys for Plaintiff*