# CLIFTON BUDD & DeMARIA, LLP
### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

September 21, 2020

**VIA ECF**
Hon. A. Kathleen Tomlinson, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Brooklyn, New York 11201

    Re: *John Purcell v. New York Institute of Technology-College of Osteopathic Medicine*
       Case No. 2:16-cv-03555 (GRB)(AKT)

Dear Magistrate Tomlinson:

   This firm represents defendant New York Institute of Technology ("NYIT") in the above-referenced action.

   We write to advise the Court that after our letter was filed this evening, *see* Dkt. 65, Dr. Sergei Belkin made contact with the undersigned concerning Your Honor's Order, Dkt. 61.

   Dr. Belkin advised during the call that his office has not retained any records concerning the treatment of John Purcell, and that he would supply our office with a certification that no such records or other materials exist.

              Respectfully Submitted,

              CLIFTON BUDD & DeMARIA, LLP
              *Attorneys for Defendant*

           By: Douglas P. Catalano
              Stefanie R. Toren
              Stephen P. Pischl

cc: **VIA ECF**
   The Law Offices of Stewart Lee Karlin, P.C.
   *Attorneys for Plaintiff*