UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN PURCELL,

        Plaintiff,

  -against-                                        16-CV-3555(JMA)(AKT)

NEW YORK INSTITUTE OF TECHNOLOGY-
COLLEGE OF OSTEOPATHIC MEDICINE,

        Defendant,
-------------------------------------------------------------X

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, that the parties have reached a settlement and expect to be filing a stipulation of dismissal within 45 days of the date herein.

Dated:  New York, New York
         November 24, 2020

                                                STEWART LEE KARLIN
                                                LAW GROUP, PC

                                                s/Stewart Lee Karlin
                                                STEWART LEE KARLIN, ESQ.
                                                Attorney for Plaintiff
                                                111 John Street, 22nd Floor
                                                New York, New York 10038
                                                (212) 792-9670
                                                slk@stewartkarlin.com